# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

October 3, 2016

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re: Village of Pinehurst, North Carolina, et al.
v. Estate of Ronald H. Armstrong, By and Through His Administratrix, Jinia Armstrong Lopez
No. 15-1380
(Your No. 15-1191)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk